## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**THOMAS W. CUNNINGHAM,**

       **Plaintiff,**

**v.**                    **No. CV 13-0977 LH/LAM**

**THE CITY OF ALBUQUERQUE, NEW MEXICO,**
**ALBUQUERQUE POLICE OFFICER**
**CHRIS LUTTRELL IN HIS INDIVIDUAL**
**CAPACITY OR PERSONAL CAPACITY,**

       **Defendants.**

### ORDER GRANTING MOTION FOR A COPY OF DOCUMENT 7

**THIS MATTER** is before the Court on Plaintiff's *Motion/Request for a Copy of Document #7 (Doc. 9)*, filed January 29, 2014.   Document 7 is a text-only entry dated January 17, 2014, giving notice that this case was reassigned from United States Magistrate Judge Alan C. Torgerson to United States Magistrate Judge Lourdes A. Martinez.   The copy of the order that was mailed to Plaintiff was returned as undeliverable on January 30, 2014 (*see Doc. 12*), and the Court's docket shows that it was re-sent to Plaintiff on February 4, 2014 at the address listed on the Court's records at the time.   Plaintiff filed a second notice of a change of address on February 5, 2014.   *See* [*Doc. 13*].   Therefore, the Court will grant this motion and instructs the Clerk's Office to send a copy of Document 7 to Plaintiff at his current address.

    **IT IS THEREFORE ORDERED** that Plaintiff's *Motion/Request for a Copy of Document #7 (Doc. 9)* is **GRANTED**.

    **IT IS SO ORDERED.**

*Lourdes a. Martinez*
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**